In the Matter of the Application of ADAM PHILIPPOVSKY,
Appellant, for a Writ of Habeas Corpus.

PLATON ROZDESTVENSKY, Respondent.

*Appeal — motion to dismiss appeal denied.*

Reported below, 218 App. Div. 726.

(Submitted March 28, 1927; decided April 5, 1927.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered October 29, 1926, which
affirmed an order of Special Term denying a motion
for a writ of habeas corpus and remanding the relator
to custody.

The motion was made upon the ground that this court
had denied a motion for permission to appeal.

*Chas. J. Katzenstein* and *Thomas H. Mahony* for
motion.

*Maurice B. Gluck* opposed.

Motion denied, with ten dollars costs.